UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOURCE INTERLINK DISTRIBUTION, L.L.C.
and SOURCE INTERLINK COMPANIES, INC.,

                Plaintiffs,

-against-

AMERICAN MEDIA, INC., BAUER
PUBLISHING CO., LP., CURTIS CIRCULATION
COMPANY, DISTRIBUTION SERVICES, INC.,
HACHETTE FILIPACCHI MEDIA, U.S.,
HUDSON NEWS COMPANY, KABLE
DISTRIBUTION SERVICES, INC., THE NEWS
GROUP, LP, TIME INC. and TIME/WARNER
RETAIL SALES & MARKETING, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20 FEB 2009

09 Civ. 1152 (PAC)(MHD)

## Partial STIPULATION OF DISMISSAL

        WHEREAS, the claims and defenses alleged in the above-captioned action by and among plaintiffs, on the one hand, and defendants Time Inc. and Time/Warner Retail Sales and Marketing, Inc., on the other, have been compromised and settled by the parties; it is hereby

        STIPULATED, AGREED AND ORDERED, by and among the undersigned, that the claims against defendants Time Inc. and Time/Warner Retail Sales

and Marketing, Inc. are dismissed with prejudice and without costs and/or attorneys' fees, each of plaintiffs and defendants bearing their own costs and attorneys' fees.

February 1?, 2009

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | CRAVATH, SWAINE & MOORE, LLP |
|---|---|
| By: *[signature]* <br> Mark E. Kasowitz | By: *[signature]* <br> Rowan D. Wilson |
| 1633 Broadway <br> New York, NY 10019 <br> Tel: (212) 506-1700 | 825 Eighth Avenue <br> New York, NY 10019 <br> Tel: (212) 474-1000 |
| *Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.* | *Attorneys for Defendants Time Inc. and Time/Warner Retail Sales and Marketing, Inc.* |

SO ORDERED: 20 FEB 2009

*[signature]*
Hon. Paul A. Crotty, U.S.D.J.

- 2 -