PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
David G. Keyko
Frederick A. Brodie
Eric Fishman
Ryan G. Kriger

Attorneys for Defendants
American Media, Inc. and
Distribution Services, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04 MAR 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOURCE INTERLINK DISTRIBUTION, L.L.C. and
SOURCE INTERLINK COMPANIES, INC.,

                Plaintiffs,

  - against -

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HUDSON NEWS
COMPANY, KABLE DISTRIBUTION SERVICES,
INC., TIME INC., TIME/WARNER RETAIL SALES &
MARKETING, INC. and THE NEWS GROUP, LP.,

                Defendants.

---

09-CIV-1152 (PAC)

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

**WHEREAS**, the claims and defenses alleged in the above-captioned action by and among Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc., on the one hand, and Defendants American Media, Inc. and Distribution Services, Inc., on the other, have been settled by the parties; it is hereby

**STIPULATED, AGREED AND ORDERED** by and among the undersigned, that the claims against Defendants American Media, Inc. and Distribution Services, Inc., are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Defendants bearing their own costs and attorneys' fees.

Dated: March 2, 2009
New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowitz
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
David G. Keyko
1540 Broadway
New York, NY 10036-4039
(212) 858-1000

*Attorneys for Defendants American Media, Inc. and Distribution Services, Inc.*

SO ORDERED:

DATED: 04 MAR 2009
New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE