Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Maria Gorecki (mgorecki@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs Source Interlink Distribution L.L.C.
and Source Interlink Companies, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 6 MAR 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SOURCE INTERLINK DISTRIBUTION, L.L.C. and
SOURCE INTERLINK COMPANIES, INC.,

                Plaintiffs,

      - against -

AMERICAN MEDIA, INC., BAUER PUBLISHING CO.,
LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA, U.S., HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., THE NEWS GROUP, LP, TIME INC.,
TIME/WARNER RETAIL SALES & MARKETING,
INC., and RODALE, INC.,

                Defendants.
------------------------------------------------------------ x

09 CIV. 1152 (PAC)

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

**WHEREAS**, the claims and defenses alleged in the above-captioned action by and among Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc., on the one hand, and Defendant The News Group, LP, on the other, have been settled by the parties; it is hereby

**STIPULATED, AGREED AND ORDERED** by and among the undersigned, that the claims against Defendant The News Group, LP are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Defendant bearing their own costs and attorneys' fees; and

**IT IS FURTHER STIPULATED, AGREED AND ORDED** by and among the undersigned that, Defendant The News Group, LP withdraws its participation in the joint motion to dismiss.

Dated: March 5, 2009
New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Hector Torres
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

K&L GATES LLP

By: _____
Douglas F. Broder
599 Lexington Avenue
New York, New York 10022
(212) 536-4808

*Attorneys for Defendant The News Group, LP*

SO ORDERED:

DATED: March 6, 2009
New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2