Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Maria Gorecki (mgorecki@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs Source Interlink Distribution L.L.C.
and Source Interlink Companies, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20 MAR 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
SOURCE INTERLINK DISTRIBUTION, L.L.C. and   :
SOURCE INTERLINK COMPANIES, INC.,           :
                                            :
              Plaintiffs,                   :   09 CIV. 1152 (PAC)
                                            :
     - against -                            :   **STIPULATION AND**
                                            :   **ORDER OF PARTIAL**
                                            :   **DISMISSAL**
AMERICAN MEDIA, INC., BAUER PUBLISHING CO., :
LP., CURTIS CIRCULATION COMPANY,            :
DISTRIBUTION SERVICES, INC., HACHETTE       :
FILIPACCHI MEDIA, U.S., HUDSON NEWS         :
DISTRIBUTORS LLC, KABLE DISTRIBUTION        :
SERVICES, INC., THE NEWS GROUP, LP, TIME INC., :
and TIME/WARNER RETAIL SALES & MARKETING,   :
INC.,                                       :
                                            :
              Defendants.                   :
-------------------------------------------------------------- x

WHEREAS, Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink

Companies, Inc. (collectively, "Source") and Defendant Hudson News Distributors LLC

("Hudson News") agree that Source will dismiss with prejudice the claims asserted in the above-

captioned action as against Hudson News, with the parties bearing their own costs, respectively; it is hereby

**STIPULATED, AGREED AND ORDERED** by and among the undersigned, that the claims against Defendant Hudson News Distributors LLC are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Defendant bearing their own costs and attorneys' fees.

Dated: March 16, 2009
      New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
    Hector Torres
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
    D. Jarrett Arp
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036-5306
(202) 955-8678

*Attorneys for Defendant Hudson News Distributors LLC*

SO ORDERED:

DATED: March 20, 2009
       New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2