UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 APR 2009
```

SOURCE INTERLINK DISTRIBUTION, LLC. and
SOURCE INTERLINK COMPANIES, INC.,

                                             Plaintiffs,

-against-

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HUDSON NEWS
COMPANY, KABLE DISTRIBUTION SERVICES,
INC., TIME INC., TIME/WARNER RETAIL SALES
& MARKETING, INC. and THE NEWS GROUP, LP.,

                                             Defendants.

09-CIV-1152 (PAC)

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

WHEREAS, the claims and defenses alleged in the above-captioned action by and among Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc., on the one hand, and Defendant Kable Distribution Services, Inc., on the other, have been settled by the parties; it is hereby

**STIPULATED, AGREED AND ORDERED** by and among the undersigned, that the claims against Defendant Kable Distribution Services, Inc., are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Defendant bearing their own costs and attorneys' fees.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** by and among the undersigned that Defendant Kable Distribution Services, Inc. withdraws its participation in the joint motion to dismiss.

Dated: April 14, 2009

New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowtiz
1633 Broadway, New York, NY 10019
(212) 858-1000

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
I. Michael Bayda
88 Pine Street, New York, NY 10005
(212) 483-9490

*Attorneys for Defendant Kable Distribution Services, Inc.*

SO ORDERED:

DATED: 14 APR 2009
New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2