UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 APR 2009
```

SOURCE INTERLINK DISTRIBUTION, LLC. and
SOURCE INTERLINK COMPANIES, INC.,

           Plaintiffs,

-against-

AMERICAN MEDIA, INC., BAUER PUBLISHING CO., LP., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HUDSON NEWS COMPANY, KABLE DISTRIBUTION SERVICES, INC., TIME INC., TIME/WARNER RETAIL SALES & MARKETING, INC. and THE NEWS GROUP, LP.,

           Defendants.

09-CIV-1152 (PAC)

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

WHEREAS, the claims and defenses alleged in the above-captioned action by and among Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc., on the one hand, and Defendants Curtis Circulation Company, LLC and Hachette Filipacchi Media U.S., Inc., on the other, have been settled by the parties; it is hereby

STIPULATED, AGREED AND ORDERED by and among the undersigned, that the claims against Defendants Curtis Circulation Company, LLC and Hachette Filipacchi Media U.S., Inc., are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Defendant bearing their own costs and attorneys' fees.

IT IS FURTHER STIPULATED, AGREED AND ORDERED by and among the undersigned that Defendants Curtis Circulation Company, LLC and Hachette Filipacchi Media U.S., Inc., withdraw their participation in the joint motion to dismiss.

1

Dated: April 16, 2009

New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowitz
1633 Broadway, New York, NY 10019
(212) 858-1000

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

DECHERT LLP

By: _____
Joseph F. Donley
1095 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendants Curtis Circulation Company, LLC*

JONES DAY

By: _____
Meir Feder
222 E. 41st Street
New York, New York 10017

*Attorneys for Defendants Hachette Filipacchi Media U.S., Inc.*

SO ORDERED:

DATED: 4/21/09
New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2