UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 AUG 2009

---

SOURCE INTERLINK DISTRIBUTION, LLC. and SOURCE INTERLINK COMPANIES, INC.,

                              Plaintiffs,

-against-

AMERICAN MEDIA, INC., BAUER PUBLISHING CO., LP., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HUDSON NEWS COMPANY, KABLE DISTRIBUTION SERVICES, INC., TIME INC., TIME/WARNER RETAIL SALES & MARKETING, INC., THE NEWS GROUP, LP.; MR CONSULTING SERVICES LLC, and MICHAEL R. ROSCOE,

                              Defendants.

09-CIV-1152 (PAC)

---

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** by and among the undersigned, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims of plaintiffs Source Interlink Distribution, LLC and Source Interlink Companies, Inc. (together, "Source" or "Plaintiffs") against defendants MR Consulting Services LLC and Michael R. Roscoe (together, the "MR Defendants"), are dismissed with prejudice and without costs and/or attorneys' fees, each of Source and the MR Defendants bearing their own costs and attorneys' fees.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** by and among the undersigned that the MR Defendants withdraw as moot their motion to dismiss Plaintiffs' Second Amended Complaint.

Dated: July 23, 2009

New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowitz
MKasowitz@kasowitz.com
1633 Broadway
New York, NY 10019

*Attorneys for Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc.*

GUNSTER, YOAKLEY & STEWART, P.A.

By: _____
John F. Mariani (JM3224)
jmariani@gunster.com
Aaron W. Tandy (AWT9608)
atandy@gunster.com
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, FL 33131
(305) 376-6000

CARTER LEDYARD & MILBURN LLP
Lawrence F. Carnevale (LC9338)
carnevale@clm.com
2 Wall Street
New York, NY 10005
(212) 238-8617

*Co-Counsel for Defendants MR Consulting Services LLC, and Michael R. Roscoe*

SO ORDERED:

DATED:
New York, New York    03 AUG 2009

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE