CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 SEP 20__
```

---

SOURCE INTERLINK DISTRIBUTION, LLC. and
SOURCE INTERLINK COMPANIES, INC.,

                                            Plaintiffs,

                  -against-

AMERICAN MEDIA, INC., BAUER PUBLISHING          09-CIV-1152 (PAC)
CO., LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HUDSON NEWS
COMPANY, KABLE DISTRIBUTION SERVICES,
INC., TIME INC., TIME/WARNER RETAIL SALES
& MARKETING, INC., THE NEWS GROUP, LP.;
MR CONSULTING SERVICES LLC, and MICHAEL
R. ROSCOE,

                                            Defendants.

---

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the claims and defenses alleged in the above-captioned action by and among

Plaintiffs Source Interlink Distribution, L.L.C. and Source Interlink Companies, Inc., on the one

hand, and Defendant Bauer Publishing Co., LP, on the other, have been settled by the parties; it

is hereby

**STIPULATED, AGREED AND ORDERED** by and among the undersigned, that,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims against Defendant Bauer Publishing Co.,

LP are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and

Defendant bearing their own costs and attorneys' fees.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** by and among the

undersigned that Defendant Bauer Publishing Co., LP withdraw as moot its motion to dismiss

Plaintiffs' Second Amended Complaint. The Clerk of Court shall close this case.

Dated: September 16, 2009

New York, New York

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

By: _____
　　　　Marc E. Kasowitz
　　　MKasowitz@kasowitz.com
　　　　1633 Broadway
　　　New York, NY 10019

*Attorneys for Plaintiffs Source Interlink
Distribution, L.L.C. and Source Interlink
Companies, Inc.*

TROUTMAN SANDERS LLP

By: _____
　　　　Daniel N. Anziska
　　Daniel.Anziska@troutmansanders.com
　　　　The Chrysler Building
　　　405 Lexington Avenue
　　　New York, NY 10174

*Attorneys for Defendant Bauer Publishing
Co., LP*

SO ORDERED:

'1 7 SEP 2009

DATED:
New York, New York

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE